930 A.2d 1281

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Larry TURETSKY, Petitioner.**

**No. 110 EM 2007.**

Supreme Court of Pennsylvania.

Aug. 23, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2007, the Petition to File Petition for Allowance of Appeal Nunc Pro Tunc is granted.

930 A.2d 1281

**Gregory Aaron THOMAS, Petitioner,**

v.

**Lieutenant RADLE, David Diguglielmo, Superintendent, Respondents.**

**No. 100 EM 2007.**

Supreme Court of Pennsylvania.

Aug. 23, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2007, the Petition for Review, treated as a Petition for Relief Pursuant to Pa.R.A.P. 123, is denied.